

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-21-00588-CR

Thomas Peter **CORTEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9005
Honorable Melisa C. Skinner, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: March 15, 2023

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by appellant and a supplemental Motion to Allow Dismissal of Appeal by Appellant is signed by appellant's attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

Do not publish